**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
DRITAN Q.,

                Plaintiff,

   -against-                                       23 **CIVIL** 0997 (GRJ)

                                                        **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
------------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Decision and Order dated October 30, 2023, Plaintiff's Motion for Summary Judgment is DENIED, and this case is DISMISSED; accordingly, the case is closed.

**Dated:**  New York, New York

       October 30, 2023

                                                               **RUBY J. KRAJICK**

                                                                **Clerk of Court**

                                    **BY:**
                                                                **Deputy Clerk**